**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. KING, | No. C 11-1885 SI (pr) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| L. SCOTT McEWEN, warden, | |
|     Respondent. | |

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the habeas limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 6, 2011

_____
SUSAN ILLSTON
United States District Judge